THEODORE W. POWELL et al., Plaintiffs, v GATES-CHILI CENTRAL SCHOOL DISTRICT et al., Respondents, and TOWN OF GATES, Appellant. (Appeal No. 2.)—Order unanimously reversed without costs and motion granted. Same memorandum as in *Powell v Gates-Chili Cent. School Dist.,* 50 AD2d 1079. (Appeal from order of Monroe Supreme Court in negligence action.) Present—Marsh, P. J., Cardamone, Mahoney, Del Vecchio and Witmer, JJ.

THEODORE W. POWELL et al., Plaintiffs, v GATES-CHILI CENTRAL

School District et al., Respondents, and Town of Gates, Appellant. (Appeal No. 3.)—Order unanimously reversed, without costs, and motion denied. Same memorandum as in *Powell v Gates-Chili Cent. School Dist.* 50 AD2d 1079. (Appeal from order of Monroe Supreme Court granting motion to serve amended cross claim.) Present—Marsh, P. J., Cardamone, Mahoney, Del Vecchio and Witmer, JJ.